394 A.2d 614

Commonwealth v. Venafra, Appellant.

Commonwealth v. Tully, Appellant.

Argued June 12, 1978.   John Rogers Carroll and C. Barry Buckley, submitted a brief for appellants;  J. Crawford, Assistant District Attorney, with him Elliot D. Goldberg, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissented.

394 A.2d 614

Commonwealth ex rel. Haris v. Haris, Appellant.

Argued June 13, 1978.   Arthur L. Jenkins, Jr., for appellant;  Lawrence A. Ruth, for appellee.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.